IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No: 3:23-CV-1274-TJC-PDB

LANDSTAR LIGON, INC.,
a Florida corporation,

        Plaintiff,

v.

LOARCA'S LOGISTICS, LLC.,
A Rhode Island limited liability company,

        Defendant.
_____/

## MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on November 4, 2024, and the results of that conference are indicated below:

**(a)** The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

   __X__      All individual parties and their respective trial counsel.

   __X__      Designated corporate representatives.

   __X__      Required claims professionals.

**(b)** The following individuals, parties, corporate representatives, and/or claims professional failed to appear and/or participate as ordered: N/A

**(c)** The outcome of the mediation conference was:

__ X __   **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify that Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____   **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____   **The conference was continued** with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete. It is the intent of the Parties and the Mediator to complete mediation no later than June 30, 2024.

_____   **The parties have reached an impasse**.

Dated this 4th day of November, 2024 in Jacksonville, Duval County, Florida.

/s/ *Gil Whitaker*

Gil Whitaker
2700 University Blvd. West, Su. A-1
Jacksonville, Florida, 32217
FB#: 241555; Mediation Cert. #19497CR
(904) 358-8384
gil@gilwhitakerlaw.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing this 4th of November, 2024 to:

Lauren Feldman Esquire
Sophia Bernard Esquire
TAYLOR NELSON PL
20 3d St. S.W., Suite 209
Winter Haven, FL 33880
lfeldman@taylorlawpl.com
sbernard@taylorlawpl.com
efiling@taylorlawpl.com
lroberts@taylorlawpl.com
Joseph.kissane@csklegal.com
Ashley.mckee@csklegal.com


Joseph T. Kissane, Esquire
COLE, SCOTT & KISSANE, P.A.
4190 Belfort Road
Jacksonville, FL 32216
Joseph.kissane@csklegal.com
Ashley.mckee@csklegal.com

                                                        Respectfully Submitted,

                                                        /s/*Gil Whitaker*

                                                        2700 University Blvd. West, Su. A-1
                                                        Jacksonville, Florida, 32217
                                                        FB#: 241555; Mediation Cert. #19497CR
                                                        (904) 358-8384
                                                        (904) 212-0904 fax
                                                        gil@gilwhitakerlaw.com