**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LANDSTAR LIGON, INC., a Florida corporation,

    Plaintiff,

v.

                              Case No. 3:23-cv-1274-TJC-PDB

LOARCA'S LOGISTICS, LLC, A Rhode Island limited liability company,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff Landstar Ligon, Inc.'s Amended Notice of Voluntary Dismissal With Prejudice (Doc. 29). Under Federal Rule of Civil Procedure 41, a plaintiff may voluntarily dismiss a case by notice before the defendant serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A). Otherwise, the plaintiff may dismiss the case only by submitting a stipulation of dismissal signed by all Parties. Id.; see also City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1038 (11th Cir. 2023). In this case, defendant has answered but did not sign the notice of voluntary dismissal.

In light of the Mediation Disposition Report, Doc. 24, indicating the case is completely settled, the Court construes the notice of voluntary dismissal as a

request for dismissal under Federal Rule of Civil Procedure 41(a)(2). Based on the record, it is hereby

**ORDERED:**

1. The notice of voluntary dismissal, construed as a request to dismiss the action, (Doc. 29) is **GRANTED**.

2. The action is **DISMISSED** with prejudice.

3. The file remains closed.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of January, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record

2